1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BROWN | Case No. 15-cv-02881-L WVG |
|       Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
|     v. | |
| ITT EDUCATIONAL SERVICES, INC. dba ITT TECHNICAL INSTITUTE, an Indiana corporation conducting business in the State of California, and DOES 1-10, | Magistrate:   Hon. William V. Gallo<br>Judge:        Hon. M. James Lorenz |
|       Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the Joint Motion for Dismissal with Prejudice is granted.  The entire above-captioned action by Plaintiff Maria Brown against all Defendants is hereby dismissed *with prejudice*, each side to bear her or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  March 11, 2016

_____
Hon. M. James Lorenz
United States District Judge

dismissal

ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE